LAW OFFICES
MARK W. CATANZARO
21 GRANT STREET
MOUNT HOLLY, NEW JERSEY 08060
TELEPHONE (609) 261-3400
FACSIMILE (856) 235-4332
Mark@Catanzarolaw.com

MEMBER NEW JERSEY &
PENNSYLVANIA BARS

143 WHITE HORSE AVENUE
TRENTON, NEW JERSEY 08610

February 27, 2023

**VIA ECF**

Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court
District of New Jersey
P.O. Box 2797
Camden, New Jersey 08101-2797

RE: United States of America v. Zachary Williams
Criminal No. 22-325(CPO)

Dear Judge O'Hearn:

Pursuant to Your Honors instructions, I met with Mr. Williams after Court on Wednesday, February 22, 2023. Mr. Williams indicated that he wished to proceed pro se. I advised him as to the perils of doing so. I advised him that I would visit him at the Federal Detention Center in order to give him an opportunity to think about his options. On Monday, February 27, 2023, I met with Mr. Williams at the FDC. Mr. Williams reiterated his desire to proceed pro se.

When we were in Court Your Honor reserved Friday, March 24, 2023 for a Faretta hearing. I do not believe the Court provided a time as it was unclear whether or not Mr. Williams would request pro se status. Now that he has done so, we should schedule a hearing so that Your Honor can go through the colloquy with him.

In the event the Court has any questions or concerns, please do not hesitate to contact me.

Respectfully,

/s/ Mark W. Catanzaro

Mark W. Catanzaro

MWC/taw
cc: Diana Vondra Carrig, A.U.S.A. (via ECF)
Mr. Zachary Williams (via regular mail)