LAW OFFICES
# MARK W. CATANZARO
21 GRANT STREET
MOUNT HOLLY,  NEW JERSEY 08060
TELEPHONE (609) 261-3400
FACSIMILE (856) 235-4332
Mark@Catanzarolaw.com

MEMBER NEW JERSEY &
PENNSYLVANIA BARS

143 WHITE HORSE AVENUE
TRENTON, NEW JERSEY 08610

December 11, 2023

**VIA ECF**

Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court
District of New Jersey
P.O. Box 2797
Camden, New Jersey 08101-2797

> RE:   United States of America v. Zachary Williams
>       Criminal No. 22-325(CPO)

Dear Judge O'Hearn:

I am attaching a letter Mr. Williams sent to me via CorrLinks, the Bureau of Prisons email system and he asked me to file it so you would have it before the status conference on Wednesday.

If the Court has any questions or concerns, please do not hesitate to contact me.

Respectfully,

/s/ Mark W. Catanzaro

Mark W. Catanzaro

MWC/taw
cc:  Diana Vondra Carrig, A.U.S.A. (via ECF)
     Patrick Askin, A.U.S.A. (Via ECF)
     Mr. Zachary Williams (via regular mail)

Dear Judge Christine O Hearn

      My name is Zachary Williams 34492509. I am fighting for my life in your court and trying to my best to get prepared for trial. The FBI an prosecution are not following you court order and making the process almost impossible. When stand by lawyer is not with me there are threats and intimidation by the FBI. They tighten chins around waist so tight it hurts. I ask to loose and (Steve), FBI agent makes comments like "Don't make crimes" when I ask if he can loose them. I was told I had $10 for lunch. When my lawyer doesn't get me lunch the FBI brings me rotten food or food that is frozen. On 12-8-2023 at 12:17 I placed a frozen tomato and put it on the table where I was told to put my trash, the agent screamed and banged his fist on the table saying pick it up. When I voice my concerns to them they say "I should stop looking at discovery and go to trial". They bring more agents in to intimidate too, now its 3 of them. Also the computer that is used is old and malfunctions often. The FBI has to slam it on the desk to get it to turn on. (Stand by lawyer will witness this). FBI supervisor made note of it also and comment that we should probably get him a new computer. Because your court orders are very broad the FBI and prosecutor are manipulating the orders. For example I was told that the actual iMac contents or the iMac itself would be given to me but instead they gave me a report they made with files that can't even be opened. And the report is only the hand picked files the FBI wants and or may have planted on the computer. Because you are not specific when it comes to lunch they say "Judge says that we got to give you what give you what's reasonable and I think this is reasonable" that was stated when I asked questions about my food. They can use axion or a similar program to view the WHOLE content of the iMac not just files they produced. I am asking if the session can be recorded please cause I am afraid and I believe it would keep the FBI behavior in check. There is over 500,000 images and even more things of concern on the iMac. I have spoken with a couple lawyers and a case like mine would take 200-500 thousand dollars to fight and a team of assistants to help with the discovery. On top of that over a year worth of day to day time. There is no way that an untrained prose defendant with a GED can be expected to finish let alone fight two trials at the same time better then a professional lawyer. I have very serious concerns with tampering of evidence and FBI misconduct which I will be filing motions for. I asked my stand by counsel to contact a specialist to assist me and he did, but I have not heard anything else yet. I am in the process of formulating a defense which will show the misconduct of the government. Can you require them to give me ALL the discovery, especially the material with the FBI impersonating the alleged victim. I need ALL Instagram and snapchat texts. Also I need headphones cause the FBI keeps turning my volume on the outdated computer down. I understand that I chose to go prose and I should be giving the professional respect and or rights as my lawyer when they are there. We have talked about a way to get this case ended but the government in collaboration with Connecticut prosecutors are trying to manipulate the deals they offered. I have also I have been getting to my sessions late 9:30 -10 am on the average, due to FBI or marshals being late. The FDC is open 24 hours a day. The FBI is a 24 hr a day operation. I am available even on thee weekends. I would like to have a 9 to 5 or 9-8 schedule or even weekends to.

      Thank you for your time and consideration,

                                      Zachary Williams.