DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**ZACHARY WILLIAMS**<br><br>Defendant(s). | Criminal No. 22-325 (CPO)<br><br>SENTENCING SUBMISSION NOTICE OF THE UNITED STATES |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Zachary Williams.

                                              VIKAS KHANNA
                                              Acting United States Attorney

By: _____
      DIANA VONDRA CARRIG
      PATRICK C. ASKIN
      Assistant U.S. Attorneys

Date: January 31, 2025