DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY WILLIAMS<br><br>Defendant(s). | Criminal No.   22-325(CPO)<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant ZACHARY WILLIAMS submitted sentencing materials to the Court in this case.

Date:   MARCH 5, 2025

By:   /s/Mark W. Catanzaro
      Mark W. Catanzaro