UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Christine P. O'Hearn |
| v. | : | Crim. No. 22-325 (CPO) |
| ZACHARY WILLIAMS | : | |

ORDER FOR DISMISSAL

At the request of the Court and upon the joint application of John Giordano, United States Attorney for the District of New Jersey (Diana Vondra Carrig and Patrick C. Askin, Assistant U.S. Attorneys, appearing), and defendant Zachary Williams (Mark W. Catanzaro, Esquire, appearing), for an order dismissing the original Indictment, Docket No. 30, against the defendant, subsequent to his sentencing on March 14, 2025 to all five counts of a Superseding Indictment; and for good cause shown:

IT IS, therefore, on this 21 day of March, 2025,

ORDERED that the original Indictment, Docket No. 30, shall be dismissed against defendant Zachary Williams.

_____
HON. CHRISTINE P. O'HEARN
United States District Court Judge

Seen and agreed to by:

DIANA VONDRA CARRIG
PATRICK C. ASKIN
Assistant U.S. Attorneys

MARK W. CATANZARO, ESQUIRE
Counsel for Defendant Zachary Williams